# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4152
_____

COLUMBIA BANK,

    Appellant,

    v.

MARSH GROUP, LLC, a Florida
limited liability company; J.C.
MARSH & SONS, INC., a Florida
corporation; FRANCIS S.
OOSTERHOUDT, also known as
F.S. OOSTERHOUDT, III; LAKE
CITY MANAGEMENT GROUP, INC.,
a Florida corporation; MICHAEL
B. OOSTERHOUDT; LAKE CITY
DEVELOPMENT LLC, a Florida
limited liability company;
WILLIAM J. HALEY; THOMAS J.
HALEY; and GTE FEDERAL
CREDIT UNION as successor in
interest to NORTH FLORIDA
FEDERAL CREDIT UNION,

    Appellees.

_____

On appeal from the Circuit Court for Columbia County.
Jennifer Johnson, Judge.

February 27, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicholas V. Pulignano, Jr., and Austin C. Sherman of Marks Gray, P.A., Jacksonville, for Appellant.

S. Grier Wells and Jeff S. Rood of GrayRobinson, P.A., Jacksonville, and Kristie Hatcher-Bolin of GrayRobinson, P.A., Lakeland, for Appellees.

2